WILLIAM M. KUNTZ  # 153052
Attorney at Law
1860 Chicago Avenue, Suite G-11
Riverside, CA 92507
(951) 788-4536
Fax (951) 788-4518
E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK G. MELLON, | CASE NO.: **C 06-00638 EMC** |
| Plaintiff, | (~~PROPOSED~~) ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the concurrently filed Stipulation, the parties' request for an extension of time is granted. Plaintiff's motion for summary judgment or remand is now due on or before June 27, 2006, and all further dates are extended accordingly.

IT IS SO ORDERED.

Dated: May 25, 2006

HONORABLE _____
U.S. MAGISTRATE

*IT IS SO ORDERED.*
*Judge Edward M. Chen*
*United States District Court*
*Northern District of California*

1