WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff
Mark G. Mellon

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK G. MELLON,                  )  No. C 06-0638 EMC
            Plaintiff,           )  [PROPOSED] ORDER AWARDING
        v.                       )  EAJA FEES
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
            Defendant.           )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND SEVEN HUNDRED FORTY-SIX DOLLARS and no/cents ($1,746.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:  March 16, 2007

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen