1 WILLIAM M. KUNTZ  # 153052
Attorney at Law
2 4780 Arlington Avenue
Riverside, CA 92504
3 (951) 343-3400
Fax (951) 343-4004
4 E-Mail: KuntzSSlaw@sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK G. MELLON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: **C 06-0638 EMC**<br><br>(~~PROPOS~~ED) ORDER ON STIPULATION TO SUBMIT MOTION ON THE PLEADINGS AND VACATE HEARING DATE |

Pursuant to the Stipulation filed herein and Good Cause Appearing therefore:

IT IS HEREBY ORDERED that the Motion for Attorney Fees filed by Plaintiff be submitted for decision on the pleadings filed herein and that a formal hearing is hereby waived.

IT IS FURTHER ORDERED that the hearing on the Motion for Attorneys Fees set for February 20, 2008 be vacated. The Court reserves the right to reset a hearing if it deems one necessary.

Dated: January 28, 2008

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES MAGISTRATE JUDGE