UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK G. MELLON,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

No. C-06-0638 EMC

**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

    William Kuntz, counsel for Plaintiff Mark Mellon, seeks an award of attorney's fees of $3,962.25. No opposition or response to the motion was filed by Mr. Mellon himself. Defendant the Commissioner of Social Security filed a response that purportedly takes no position as to whether the requested fee is reasonable but notes certain factors for the Court's consideration. Having reviewed the parties' briefs and accompanying submissions, the Court hereby orders Mr. Kuntz to provide supplemental briefing and/or evidence to clarify the following.

    (1)    According to Mr. Kuntz, Mr. Mellon was awarded past-due benefits in the amount of $43,849. Based on the exhibits attached to the Kuntz declaration, it is not clear how Mr. Kuntz arrived at this figure. The Court orders Mr. Kuntz to explain how he arrived at this figure.

    (2)    Mr. Kuntz has attached Exhibits 8 and 9 to his declaration but neither document is mentioned in his declaration. The Court orders Mr. Kuntz to authenticate the documents.

///

///

///

Furthermore, with respect to Exhibit 9, it appears that Mr. Kuntz was awarded attorney fees for his representation of Mr. Mellon before the Commissioner pursuant to 42 U.S.C. § 406(a)(2). The Court orders Mr. Kuntz to clarify whether this is the case.

Mr. Kuntz shall respond by February 22, 2008.

IT IS SO ORDERED.

Dated: February 14, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge